**Order filed April 1, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00212-CV
_____

### TCHEWAM LILY MUKWANGE, Appellant

### V.

### PUBLIC STORAGE, INC., Appellee

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2012-45830**

## ORDER

This appeal is from a judgment signed March 7, 2014. Appellant filed a notice of appeal and an affidavit of indigence on March 11, 2014. On March 13, 2014, this court, pursuant to Texas Rule of Appellate Procedure 20.1(d)(2) sent a copy of appellant's affidavit to the trial court clerk and court reporter and notified them that a contest to the affidavit was due within 10 days of the date of this court's letter.

No contest was filed. "Unless a contest is timely filed, no hearing will be conducted, the affidavit's allegations will be deemed true, and the party will be allowed to proceed without advance payments of costs." Tex. R. App. P. 20.1(f).

Accordingly, the Harris County District Clerk is directed to file the clerk's record **within 30 days** of the date of this order.

The official court reporter for the 234th District Court is directed to file the reporter's record, if any, **within 30 days** of the date of this order.

PER CURIAM